IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LAKEISHA TERRY,                            :
on behalf of herself and those similarly   :
situated,                                   :
                                            :           CIVIL ACTION NO.
    Plaintiffs,                            :           1:15-CV-3527-AT
                                            :
    v.                                     :
                                            :
OILS UNKUT CORPORATION and                  :
TILLMAN HUGHES,                             :

    Defendants.

## **ORDER**

On September 9, 2016, the law firm The Employment Law Solution: McFadden Davis, LLC filed, on its behalf and on behalf of all its attorneys and specifically Chandra Cain Davis and Tennille Chardon Hoover (collectively, "Counsel"), a Motion to Withdraw as Counsel for Defendants Tillman Hughes and  Oils Unkut Corp. [Doc. 32].  Counsel has complied with Local Rule 83.1E, NDGa, and provided notice to the Defendants of their intention to request permission to withdraw as counsel.  Neither Defendants nor Plaintiff have filed any objection to the Motion to Withdraw.  The Court also notes that this case has settled and the Court has retained jurisdiction over it only to enforce the settlement agreement.

Accordingly, the Motion to Withdraw [Doc. 32] is **GRANTED** effective today.  The Clerk is **DIRECTED** to terminate Chandra Cain Davis and Tennille

Chardon Hoover as counsel of record for Defendants, effective September 28, 2016.

Defendant Oils Unkut Corporation is a corporate entity and thus must be represented by counsel in this action. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *see also* LR 83.1E(2)(b)(I). As this case has settled and is administratively closed pending payment in full of all amounts owed under the settlement agreement, Defendant Oils Unkut is not required to obtain counsel immediately, as would be required if the case were being actively litigated. However, should this case be reopened, Oils Unkut is advised that it would need to obtain counsel or else risk a default judgment being entered against it.

The Court also notes that now-withdrawn counsel's notice to Mr. Hughes and Oils Unkut misidentified the Clerk of Court's information. The correct information is as follows:

> Office of the Clerk of Court
> 22nd Floor
> Richard B. Russell Federal Building
> 2211 United States Courthouse
> 75 Ted Turner Drive, SW
> Atlanta, GA 30303-3309
> Telephone: (404) 215-1655

Now-withdrawn counsel Chandra Cain Davis and Tennille Chardon Hoover are **DIRECTED** to promptly provide a copy of this Order to both Defendants in this case.

**IT IS SO ORDERED** this 28th day of September, 2016.

_____
**Amy Totenberg**
**United States District Judge**